UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>   Plaintiff,<br><br>   v.<br><br>Aimiee K Jones;<br>William B Duffy;<br>Capital Wholesale Electric CO., a California Corporation; and Does 1-10,<br><br>   Defendants | Case: 2:14-CV-01015-WBS-AC<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 11, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE